PHILIP R. BURRILL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18570.) — Judgment reversed on the law and facts, with costs, and claim dismissed, with costs. Certain findings of fact and conclusions of law dis-

approved and reversed and new findings and conclusions made. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.